EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 423-2022-01533 |

_____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mrs. Sandra T. Sanders
**Home Phone:** 601-678-8305
**Year of Birth:** 1971

**Street Address:** P.O. Box 231
ENTERPRISE, MS 39330

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** Mississippi Department of Rehabilitation Services
**No. Employees, Members:** 15 - 100 Employees
**Phone No.:**

**Street Address:** P.O. Box 1698
Jackson, MS 39215

**DISCRIMINATION BASED ON:** Retaliation, Sex

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 02/18/2022
Latest: 02/18/2022
Continuing Action

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began employment with the above-named employer on or around October 1, 2001, as a vocational rehabilitation counselor. I currently hold the title of District Manager of the Office of Vocational Rehabilitation, which I have held since 2014. Sometime around February 18, 2022, my employer made a promotion to fill a vacant Director of Client Services position. The position was never posted; therefore, I was not aware and unable to apply. The position was given to a much less qualified male from another department. I believe that my employer overlooked me for this position in retaliation for filing a previous EEOC charge (423-2019-01876) for discriminatory practices for the same position when it was given to a white female. I believe that I am being discriminated against because of my sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended and in retaliation for opposing unlawful employment practices.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally Signed By: Mrs. Sandra T. Sanders**
08/17/2022

*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**