

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, MS 39269
(769) 487-6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/30/2023

To: Mrs. Sandra T. Sanders
P.O. Box 231
Enterprise, MS 39330
Charge No: 423-2022-01533

EEOC Representative and email:  ANNA WILLIAMS
Enforcement Investigator
anna.williams@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 423-2022-01533.

On behalf of the Commission,

Eszean McDuffey
Digitally signed by Eszean McDuffey
Date: 2023.01.30 13:51:12 -06'00'

Eszean McDuffey
Area Director

Cc:
Sherry S Johnson
Mississippi Attorney General's Office
PO Box 220 550 High Street
Canton, MS 39046

Sherry S Johnson
Mississippi Attorney General's Office
PO Box 220
Jackson, MS 39205

Nick Norris
Watson & Norris Attorneys At Law
4209 Lakeland Dr. #365
Flowood, MS 39232

Please retain this notice for your records.

EXHIBIT B